OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Horton et al., Appellants, v. Addy et al., Appellees.
[Cite as Horton v. Addy (1994),    Ohio St.3d    .]
Appeal dismissed for want of final appealable order.
     (No. 93-592 -- Submitted March 30, 1994 -- Decided May 4,
1994.)
     Appeal from the Court of Appeals for Montgomery County,
No. 13524.

     E.S. Gallon & Associates and David M. Deutsch, for
appellants.
     Freund, Freeze & Arnold, Patrick J. Janis and Fredric L.
Young, for appellees.
     Wolske & Blue and Gerald S. Leeseberg, urging reversal for
amicus curiae, Ohio Academy of Trial Lawyers.
     Frost & Jacobs, Grant S. Cowan and Gregory A. Keyser,
urgining affirmance for amicus curiae, Ohio Association of
Civil Trial Attorneys.
     Lang & Donoff, Marilyn R. Donoff and Paul W. Mills,
urgining affirmance for amici curiae, Auto Club Insurance
Company and Nevin Gross.

     The judgment of the court of appeals is vacated and the
appeal is dismissed for want of a final appealable order.  The
cause is remanded to the trial court for further proceedings.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick and
F.E. Sweeney, JJ., concur.
     Pfeifer, J., dissents.